MORTIMER FALK et al., Appellants, *v.* AMERICAN WEST INDIES TRADING COMPANY, Respondent.

*Falk* v. *American West Indies Trading Co.*, 133 App. Div. 892, affirmed.
(Argued December 8, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

24, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain an alleged infringement of a trade mark.

*S. K. Lichtenstein* and *Henry M. Wise* for appellants.

*Isaac M. Aron* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.